No. 86–1601.  AZURIN ET AL. *v.* VON RAAB, COMMISSIONER OF CUSTOMS OF THE UNITED STATES CUSTOMS SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 86–1603.  SINGH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–1713.  CAPORALE ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1756.  HARRY R. CARLILE TRUST (ARTHURS, TRUSTEE) *v.* COTTON PETROLEUM CORP. ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 86–1762.  MANHATTAN EYE, EAR & THROAT HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–1766.  CAUDILL *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 86–1771.  ROE, A MINOR, BY HER NEXT FRIEND AND NATURAL GUARDIAN, ROE *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–1774.  RAMIREZ *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 86–1776.  GAGNE, ADMINISTRATOR OF THE ESTATE OF GAGNE, ET AL. *v.* PUTNAL.  C. A. 5th Cir.  Certiorari denied.

No. 86–1778.  NASSAU COUNTY REPUBLICAN COMMITTEE ET AL. *v.* CULLEN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–1779.  DUNKLE, CLERK, CIRCUIT COURT, FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. *v.* CAMDEN I CONDOMINIUM ASSN., INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–1780.  ANGI, FKA NERAT *v.* SWACKER ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 86–1789.  CHONGRIS ET AL. *v.* BOARD OF APPEALS OF THE TOWN OF ANDOVER, MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Certiorari denied.